UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
KINGVISION PAY-PER-VIEW CORP., LTD.,

                Plaintiff,

-against-

JOSE GARCIA, et al.,

                Defendant.
------------------------------------------------------------- X

05-CV-3033 (ARR)(CLP)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

    I have received the Report and Recommendation on the instant case, dated June 20, 2006, from the Honorable Cheryl L. Pollak, U.S. Magistrate Judge. No objections have been filed. Having conducted a <u>de novo</u> review of the record, I hereby adopt the Report and Recommendation as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

    Accordingly, plaintiff's motion for default judgment is granted. The court orders that judgment be entered against the defendants, jointly and severally, in the amount of $13,287.50. This total amount represents $1,100 in statutory damages, $10,000 in enhanced damages because defendants acted willfully and for purposes of private financial gain, $1,387.50 in attorneys' fees, and costs in the amount of $800.

    SO ORDERED.

                                                  Allyne R. Ross
                                                  United States District Judge

Dated: July 13, 2006
        Brooklyn, New York

1

**SERVICE LIST:**

**Plaintiff's Attorney**
**Julie Cohen Lonstein, Esq.**
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, NY 12428

**Defendants**
**Jose Garcia**
221 Southside Street
Brooklyn, NY 11211

**153-33 Hillside Restaurant, Inc.**
*also known as Bamboleo Restaurant, El Bamboleo Cafe Concierto, Bamboleo Cafe Concierto, and Cafe Bomboleo*
153-33 Hillside Avenue
Jamaica, NY 11432

cc:  Magistrate Judge Cheryl L. Pollak