UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KINGVISION PA-PER-VIEW CORP., LTD.,

                Plaintiff,

-against-

JOSE GARCIA, et al.,

                Defendants.
------------------------------------------------------------X

JUDGMENT
05-CV- 3033 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 17, 2006, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated June 20, 2006, after a de novo review of the record; granting plaintiff's motion for a default judgment; and directing the Clerk of Court to enter judgment against the defendants, jointly and severally, in the amount of $13,287.50, this total represents, $1,100.00 in statutory damages, $10,000.00 in enhanced damages because defendants acted willfully and for purposes of private financial gain, $1,387.50 in attorneys' fees and costs in the amount of $800.00; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; that plaintiff's motion for a default judgment is granted; and that judgment is hereby entered in favor of plaintiff, Kingvision Pay-Per-View Corp., Ltd., and against defendant, jointly and severally, in the amount of $13,287.50, this total represents, $1,100.00 in statutory damages, $10,000.00 in enhanced damages because defendants acted willfully and for purposes of private financial gain, $1,387.50 in attorneys' fees and costs in the amount of $800.00.

Dated: Brooklyn, New York
       July 17, 2006

                                                ROBERT C. HEINEMANN
                                                Clerk of Court